IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KRISTOPHER CARVER, *

    Petitioner, *

vs. *

                              CASE NO. 4:14-CR-7-1 (CDL)

UNITED STATES OF AMERICA, *

    Respondent. *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 14, 2019. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 3rd day of October, 2019.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            CHIEF U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA